PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 6:20CR00077-003 |
| DOCKET NUMBER *(Rec. Court)* | 2:26-cr-00163-JAD-DJA |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| JESSICA SMITH | Eastern District of Texas | Tyler Division |
| | NAME OF SENTENCING JUDGE: U.S. District Judge J. Campbell Barker | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM: April 29, 2026 — TO: April 28, 2027 |

OFFENSE
18 U.S.C. § 371 Conspiracy

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
District of Nevada is requesting transfer to their district.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern DISTRICT OF Texas

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

**7/13/2026**
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ______ DISTRICT OF ______

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/4/2026
*Effective Date*

*United States District Judge*